IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE HENDERSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3353

_____/

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Andy Thomas, Public Defender, Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Sharon S. Traxler, Assistant Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.